## 19279. McGuire *v.* The State.

Mobley, Justice. This case is controlled by the decision in *Parks* v. *State,* ante, this day decided.. The trial court erred in overruling the general grounds of the motion for new trial for the reasons there given; the special grounds in each case are identical, and the rulings made in the *Parks* case as to the special grounds apply to this case.

*Judgment reversed. All the Justices concur.*

Argued March 12, 1956—Decided May 14, 1956—
Rehearing denied June 14, 1956.

*Scoggin & Martin,* for plaintiff in error.

*Chastine Parker, Solicitor-General, Eugene Cook, Attorney-General, Rubye G. Jackson,* contra.